NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ARGENTUM MEDICAL, LLC,**
*Plaintiff/Counterclaim Defendant-Appellant,*

AND

**THOMAS MILLER AND GREGG SILVER,**
*Counterclaim Defendants-Appellants,*

v.

**SILVERLON INVESTMENT GROUP, LLC,**
*Defendant/Counterclaimant-Appellee,*

AND

**DERMA SCIENCES, INC.,**
*Defendant/Counterclaimant.*

---

2011-1618, -1640, 2012-1035

---

Appeals from the United States District Court for the Middle District of Pennsylvania in case no. 08-CV-1305, Judge A. Richard Caputo.

---

ON MOTION

---

ORDER

Argentum Medical, LLC, Thomas Miller and Greg Silver move to reinstate the appeal and to dismiss the appeal voluntarily.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted. The appeal is reinstated, the mandate is recalled, and the August 3, 2012 order dismissing the appeal is vacated.

(2) The motion to withdraw the appeal is granted. The appeal is dismissed voluntarily.

(3) Each side shall bear its own costs.

FOR THE COURT

__SEP 2 4 2012__
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Thomas C. Cronin, Esq.
    Stephen R. Swofford, Esq.

s26

Issued As A Mandate: __SEP 2 4 2012__

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

SEP 2 4 2012

JAN HORBALY
CLERK